# IN THE SUPREME COURT OF THE STATE OF NEVADA

WYNN LAS VEGAS, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
                Appellant,
                vs.
RONALD NICOLLI, AN INDIVIDUAL;
AND F.P. HOLDINGS, L.P.,
                Respondents.

No. 78510

**FILED**

SEP 0 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
        Lansford W. Levitt, Settlement Judge
        Snell & Wilmer, LLP/Las Vegas
        Campbell & Williams
        Christiansen Law Offices
        Eighth District Court Clerk

19-36878